## McAndrews *et al. v.* State.

APPEAL from the Circuit Court of Mobile.
Tried before the Hon. O. J. SEMMES.

MCALPINE & ROBINSON, for appellants.

CHAS. G. BROWN, Attorney-General, for the State.

The appellants in this case, John McAndrews and Hardwick M. Hopper, were indicted, tried and convicted for carrying on a business without a license in the city of Mobile.

The only question sought to be reviewed was presented by a bill of exceptions. What purports to be the bill of exceptions was not considered by the court, because it was not shown to have been signed within the time fixed by the order of the court.

The judgment of conviction is affirmed.

Opinion by DOWDELL, J.

----

## Montgomery Street Railway Co. *v.* Holt.

APPEAL from the City Court of Montgomery.
Tried before the Hon. A. D. SAYRE.

C. H. ROQUEMORE and LOMAX, CRUM & WEIL, for appellants.

HILL & HILL and GORDON MACDONALD, for appellee.

The appeal in this case was dismissed by the appellant.